IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

---

**AMANDA DYKES,**

    **Plaintiff,**

**v.**      **NO: 1:14-cv-00131**

**TOUCHPOINT SUPPORT**      **Jury Demanded**
**SERVICES, LLC,**

    **Defendant.**

---

### NOTICE OF SETTLEMENT

---

COME NOW, the parties by and through counsel, and give notice to the Court that this matter was resolved via private settlement. The parties are in the process of preparing settlement documents and a dismissal with prejudice will be filed forthwith. Accordingly, the scheduling conference scheduled for September 19, 2014 in this matter should be cancelled.

    Respectfully submitted,

    **GILBERT RUSSELL McWHERTER**
    **SCOTT & BOBBITT, PLC**

    /s Jessica F. Salonus_____
    Justin S. Gilbert (TN Bar No. 017079)
    100 Martin Luther King Blvd, Suite 504
    Chattanooga, TN 37450
    Telephone: 423-499-3044
    Facsimile: 731-664-1540
    jgilbert@gilbertfirm.com

    Jessica F. Salonus (TN Bar No. 28158)
    101 North Highland
    Jackson, TN 38301
    Telephone: 731-664-1340
    Facsimile: 731-664-1540

jsalonus@gilbertfirm.com

Jonathan L. Bobbitt (TN Bar No. 023515)
5409 Maryland Way, Suite 150
Brentwood, TN 37027
Telephone: 615-354-1144
Facsimile: 731-664-1540
jbobbitt@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFF*


&

**FISHER & PHILLIPS LLP**

*/s/ Megan R. U'Sellis*_____
Craig P. Siegenthaler
Megan R. U'Sellis
220 West Main Street, Suite 2000
Louisville, KY 40202
Phone: (502) 561-3971
Fax: (502) 561-3991
E-mail: csiegenthaler@laborlawyers.com
E-mail: musellis@laborlawyers.com

COUNSEL FOR DEFENDANT


## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Settlement was filed electronically on September 15, 2014. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Jessica F. Salonus