IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA
*(Electronically Filed)*

| | |
|---|---|
| AMANDA DYKES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:14-cv-131 |
| | ) |
| TOUCHPOINT SUPPORT SERVICES, LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by counsel, hereby stipulate to the dismissal of this action and all claims asserted by Plaintiff therein, with prejudice. Each party is to bear her or its own attorneys' fees and costs.

**HAVE SEEN AND AGREED:**

GILBERT RUSSELL MCWHERTER SCOTT & BOBBITT PLC

*/s/ Justin S. Gilbert*
Justin S. Gilbert
100 Martin Luther King Blvd., Suite 504
Chattanooga, Tennessee 37450
Telephone: 423-499-3044
Facsimile: 731-664-1540
E-mail: jgilbert@gilbertfirm.com

Jessica F. Salonus
101 North Highland
Jackson, TN 38301
Telephone: 731-664-1340
Facsimile: 731-664-1540

COUNSEL FOR PLAINTIFF

-AND-

FISHER & PHILLIPS LLP

*/s/ Megan R. U'Sellis*_____
Craig P. Siegenthaler
Megan R. U'Sellis
220 W. Main Street, Suite 2000
Louisville, KY  40202
Telephone:  (502) 561-3990
Facsimile:  (502) 561-3991
E-Mail: csiegenthaler@laborlawyers.com
        musellis@laborlawyers.com

COUNSEL FOR DEFENDANT
TOUCHPOINT SUPPORT SERVICES, LLC